PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 14223

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:10-60223-CR-COOKE-2

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Arthur Lambright, Jr.

Name of Sentencing Judicial Officer: The Honorable Marcia G. Cooke, United States District Court Judge, Southern District of Florida

Date of Original Sentence: February 16, 2011

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to possess with intent to distribute oxycodone, in violation of 21 U.S.C. §846, a Class C felony; Count 2: Distribution of oxycodone, in violation of 21 U.S.C. §841(a)(1), a Class C felony; and Count 3: Possession with intent to distribute oxycodone, in violation of 21 U.S.C. §841(a)(1), a Class C felony. |
| Original Sentence: | Sixty-three (63) months custody of the Bureau of Prisons followed by three (3) years supervised release with the following special conditions: 1) Financial disclosure; 2) Search; 3) Self employment restriction; and 4) Substance abuse treatment. |

Type of Supervision: Supervised Release          Date Supervision Commenced:

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall reside at and participate in the residential reentry center for a period not to exceed 120 days, or until otherwise released by the Court.

PROB 12B                                                           SD/FL PACTS No. 14223
(SD/FL 9/96)

## CAUSE

Mr. Lambright is currently an inmate of the Bureau of Prisons. He has been transferred to Dismas Charities, Incorporated, Residential Reentry Center (RRC). He is currently completing his sentence at the residential reentry center. However, Mr. Lambright has advised this officer that his proposed residence is no longer viable. He has requested an additional 120 days at the RRC to allow him to obtain his own residence. He is currently seeking full-time employment and once he obtains employment, he will be able to save enough money to rent his own apartment. His scheduled release date from the RRC is February 13, 2015. If Your Honor is in agreement, please affix your signature below.

Respectfully submitted,

by   *Barbra Somoano*
     Dec 22 2014 2:43 PM

Barbra Somoano, Senior
U.S. Probation Officer
Phone: 954-769-5576
Date: December 23, 2014

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

December 30, 2014
_____
Date